■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE CRAY, Appellant.—Judgment unanimously affirmed. Memorandum: County Court's failure to strike the testimony of the police officer concerning seizure of a handgun did not deprive defendant of a fair trial. Although the complainant did testify about being held at gunpoint by defendant and James Garner, defendant was not charged with possession of a handgun. In any event, in view of the overwhelming evidence of guilt, the error, if any, was harmless *(see, People v Crimmins,* 36 NY2d 230). We also conclude that, although testimony by several police officers constituted improper bolstering of complainant's testimony, that error was harmless in light of the overwhelming evidence of guilt *(see, People v Johnson,* 57 NY2d 969; *People v Marks,* 182 AD2d 1122; *People v Williams,* 154 AD2d 935, *lv denied* 75 NY2d 778).

The other issues raised by defendant either have not been preserved or are without merit *(see, People v Garner, 190 AD2d 994* [decided herewith]; *see also, People v Garner, 190 AD2d 1041* [decided herewith]). (Appeal from Judgment of Erie County Court, D'Amico, J.—Sodomy, 1st Degree.) Present—Callahan, J. P., Green, Lawton, Boehm and Doerr, JJ.